IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mohammad S. Galaria, individually and on behalf of all others similarly situated, | : | |
| | : | Civil Action 2:13-cv-00118 |
| Plaintiff | : | Judge Watson |
| v. | : | Magistrate Judge Abel |
| Nationwide Mutual Insurance Company, | : | |
| | : | |
| Defendant | : | |
| | : | |
| Anthony Hancox, individually and on behalf of all others similarly situated, | : | |
| | : | Civil Action 2:13-cv-00257 |
| Plaintiff | : | Judge Watson |
| v. | : | Magistrate Judge Abel |
| Nationwide Mutual Insurance Company, | : | |
| | : | |
| Defendant | : | |

# ORDER

The April 17, 2013 applications of Harvey J. Wolkoff, Richard D. Batchelder, Jr., and Kristin G. Ali to appear *pro hac vice* as co-counsel for defendant Nationwide Mutual Insurance Company (doc. 19) are GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.5(b).**

**Counsel should register on-line:**

    http://www.ohsd.uscourts.gov/cmecfreg.htm

A log-on and password for electronic filing will be sent out the next business day.  The Court will serve all notices and orders on counsel electronically.  Additional information about electronic filing may be found at the Court's website:

   http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experience any problems registering, they should call Lisa Wright (614-719-3222).

    Harvey J. Wolkoff, Richard D. Batchelder, Jr., and Kristin G. Ali are admitted *pro hac vice* in *Hancox v. Nationwide Mutual Insurance Company*, Case No. 2:13-cv-257, without paying an additional fee.

                                        s/Mark R. Abel
                                        United States Magistrate Judge