IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mohammad S. Galaria, individually and on behalf of all others similarly situated, | : | |
| | : | Civil Action 2:13-cv-00118 |
| Plaintiff | : | Judge Watson |
| v. | : | Magistrate Judge Abel |
| Nationwide Mutual Insurance Company, | : | |
| | : | |
| Defendant | : | |
| | : | |

| | | |
|---|---|---|
| Anthony Hancox, individually and on behalf of all others similarly situated, | : | |
| | : | Civil Action 2:13-cv-00257 |
| Plaintiff | : | Judge Marbley |
| v. | : | Magistrate Judge Kemp |
| Nationwide Mutual Insurance Company, | : | |
| | : | |
| Defendant | : | |

# ORDER

The Clerk of Court is DIRECTED to file document 22-1 in case number 2:13-cv-00118 as motion to stay discovery. Plaintiffs are DIRECTED to file their response explaining why they believe the discovery that they have served is not burdensome on or before June 17, 2013.

s/Mark R. Abel
United States Magistrate Judge