**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Mohammad S. Galaria, individually and
on behalf of all others similarly situated,
    Plaintiff,

    v.                                                                                          Case No. 2:13–cv–118

Nationwide Mutual Insurance Co.,                                 Judge Michael H. Watson
    Defendant.


Anthony Hancox, individually and
on behalf of all others similarly situated,
    Plaintiff,

    v.                                                                                          Case No. 2:13–cv–257

Nationwide Mutual Insurance Company,                         Judge Michael H. Watson
    Defendant.


[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 10, 2014 Opinion and Order, the Court GRANTS Defendant's Motion to Dismiss.  These cases are terminated.


Date:  **February 10, 2014**            **John Hehman, Clerk**




      s/ Jennifer Kacsor
_____
By Jennifer Kacsor/Courtroom Deputy