**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Mohammad S. Galaria, individually and on behalf of all others similarly situated,**
**Plaintiff,**

**v.** **Case No. 2:13–cv–118**

**Nationwide Mutual Insurance Company,** **Judge Michael H. Watson**
**Defendant.**

**Anthony Hancox, individually and on behalf of all others similarly situated,**
**Plaintiff,**

**v.** **Case No. 2:13–cv–257**

**Nationwide Mutual Insurance Company,** **Judge Michael H. Watson**
**Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the December 13, 2017 Opinion and Order, the Court ADOPTS AND AFFIRMS the REPORT AND RECOMMENDATION; the Court GRANTS Defendant's Motion to Dismiss; this case is DISMISSED

Date: **December 13, 2017** **Richard W. Nagel, Clerk**

s/ Jennifer Kacsor

By Jennifer Kacsor/Courtroom Deputy